UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLEAR VIEW PRODUCTS SOUTHEAST
INC.,

        Plaintiff,

vs.

CASE NO.:
3:07-cv-23-J-33TEM

GENIUS ROLLER SCREEN SYSTEMS,
LLC, d/b/a GENIUS RETRACTABLE
SCREEN SYSTEMS, an Alabama limited
liability company, and REEL SCREENS
OF TAMPA BAY, LLC, a Florida
corporation,

        Defendants.
_____/

## NOTICE OF SETTLEMENT AND CANCELLATION OF PRE-TRIAL CONFERENCE

The parties hereby file this Notice that the above-styled action has been settled, subject to final execution of the parties' settlement agreement and the filing of a notice of dismissal, and the Pre-Trial Conference scheduled for Tuesday, July 17, 2007 at 10:00 a.m. should be cancelled.

SMITH HULSEY & BUSEY

By:   s/ E. Lanny Russell
     E. Lanny Russell
     Florida Bar No. 303097
     225 Water Street, Suite 1800
     Jacksonville, FL 32202
     904/359-7700
     904/359-7708 – fax
     erussell@smithhulsey.com

Attorneys for Plaintiff
Ryan J. McBrayer


PERKINS COIE, LLP
1201 3rd Avenue, Suite 4800
Seattle, WA 98101
Telephone No.: 206/359-3073
Facsimile No.: 206/359-4073

       -and-

BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
    Professional Association

By   s/Charles P. Pillans, III
     Charles P. Pillans, III
     Florida Bar No. 0100066
     Patrick P. Coll
     Florida Bar No. 0084670
     The Bedell Building
     101 East Adams Street
     Jacksonville, Florida 32202
     Telephone No.: 904/353-0211
     Facsimile No.: 904/353-9307
     E-mail: cpp@bedellfirm.com
            ppc@bedellfirm.com

     Trial Counsel

Attorneys for Defendants Genius Roller Screen Systems, LLC d/b/a Genius Retractable Screen Systems, and Reel Screens of Tampa Bay, LLC.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of July, 2007, I electronically filed this foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>E. Lanny Russell
>Smith Hulsey & Busey
>225 Water Street, Suite 1800
>Jacksonville, FL 32202
>erussell@smithhulsey.com
>
>>Attorneys for Plaintiff

>s/Charles P. Pillans
>Charles P. Pillans, III
>Florida Bar No. 0100066
>The Bedell Building
>101 East Adams Street
>Jacksonville, Florida 32202
>Telephone No.: 904/353-0211
>Facsimile No.: 904/353-9307
>E-mail: cpp@bedellfirm.com