```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

Clear View Products Southeast, Inc.,

        Plaintiff,

vs.                                    Case No.  3:07-cv-23-J-33MMH

Genius Roller Screen Systems, LLC,
et al.,

        Defendant.
_____/

### **ORDER**

This cause comes before the Court pursuant to the Notice of Settlement and Cancellation of Pretrial Conference (Doc. #20), filed on July 16, 2007. The parties indicate that this matter has been settled.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

That this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*. After that **SIXTY** day period, however, without further order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and

pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 17th day of July, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All Counsel of Record